# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-10-00766-CR

Bobby Johns, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
NO. D-1-DC-08-300230, HONORABLE JIM CORONADO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Bobby Johns filed a notice of appeal and a motion for new trial on November 19, 2010. The record reflects that the district court granted Johns's motion for new trial. Because "[g]ranting a new trial restores the case to its position before the former trial," this appeal was rendered moot by the trial court's order. *See* Tex. R. App. P. 21.9(b). Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

Jeff Rose, Justice

Before Chief Justice Jones, Justices Puryear and Rose

Dismissed

Filed: August 29, 2012

Do Not Publish